UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AGASSI HALAJYAN,<br><br>　　　　Defendant. | Case No. 2:22-cr-0002-RFB-EJY<br><br>**ORDER** |

　　　Pending before the Court is the Government's Motion for Reciprocal Discovery. ECF No. 60. No response to the Motion was filed. The Motion states that under Federal Rule of Criminal Procedure 16 Defendant must provide reciprocal discovery when such discovery is in his possession. In the absence of any response to the Motion, the Court has no basis to deny the request or otherwise find there is nothing for Defendant to disclose.

　　　Accordingly, IT IS HEREBY ORDERED that the Government's Motion for Reciprocal Discovery (ECF No. 60) is GRANTED.

　　　Dated this 2nd day of November, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE