DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorneys for Defendant, Agassi Halajyan

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AGASSI HALAJYAN ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO: 2:22-cr-00002-RFB-EJY |

## SUBSTITUTION OF ATTORNEY

AGASSI HALAJYAN, Defendant hereby substitutes **DAVID Z. CHESNOFF, ESQ.** and **RICHARD A. SCHONFELD, ESQ.**, 520 South Fourth Street, Las Vegas, Nevada 89101, (702) 384-5563, as attorneys of record in place and stead of **ERICK M. FERRAN, ESQ.**

DATED this _13_ day of February, 2023.

_____
AGASSI HALAJYAN, Defendant

I consent to the above substitution.

DATED this _15th_ day of February, 2023.

_____
ERICK M. FERRAN, ESQ.

We are dully admitted to practice in this District.

Above substitution accepted.

DATED this 15th day of February, 2023.

_____ (by /Ras)
DAVID Z. CHESNOFF, ESQ.

_____
RICHARD A. SCHONFELD, ESQ.

**RETAINED** __X__        **APPOINTED BY COURT** _____

**IT IS HEREBY ORDERED**

DATED: February 16, 2023

_____
**UNITED STATES MAGISTRATE JUDGE**