JASON FRIERSON
United States Attorney
Nevada Bar Number 7709
DAVID KIEBLER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388-6418
David.kiebler@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AGASSI HALAJYAN,<br><br>  Defendant. | Case No. 2:22-cr-02-RFB-EJY<br><br>**Government's Motion to Dismiss the Indictment Pursuant to Federal Rule of Criminal Procedure 48(a)** |

Plaintiff United States of America, by and through, Jason M. Frierson, United States Attorney, and David Kiebler, Assistant United States Attorney, respectfully moves for leave of Court in the interest of justice to dismiss the Indictment, ECF No. 1, without prejudice against defendant Agassi Halajyan, pursuant to Rule 48(a), of the Federal Rules of Criminal Procedure.

Respectfully submitted this 20th day of September 2024.

JASON FRIERSON
United States Attorney

*/s/ David Kiebler*
DAVID KIEBLER
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AGASSI HALAJYAN,<br><br>　　　　Defendant. | Case No. 2:22-cr-02-RFB-EJY<br><br>**Order Granting Motion to Dismiss the Indictment Pursuant to Federal Rule of Criminal Procedure 48(a)** |

　　　　Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment in the above captioned case.

　　　　　　　　　　　　　　　　　　　　JASON FRIERSON
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ David Kiebler*
　　　　　　　　　　　　　　　　　　　　DAVID KIEBLER
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　Leave of Court is granted for the filing of the above dismissal.

　　　　DATED this  25th  day of September 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE RICHARD F. BOULWARE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE